

USDC- BALTIMORE
'23 JUL 7 AM 11:03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Andrew James Green

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial:   ☐ Yes   ☐ No
(check one)

-against-

Mark Zuckerberg

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Andrew James Green
   Street Address: 523 Lake Vista Circle Apt K
   City and County: Cocksville
   State and Zip Code: Maryland 21030
   Telephone Number: 667-832-3415
   E-mail Address: younghector1994@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Mark Zuckerberg
   Job or Title (if known): Facebook owner
   Street Address: 1 Hacker Way Menlo Park
   City and County: San Francisco United States
   State and Zip Code: California 94025
   Telephone Number: 650-853-1300
   E-mail Address (if known): N/A

2

Defendant No. 2

    Name                          _____

    Job or Title (if known)     _____

    Street Address           _____

    City and County        _____

    State and Zip Code     _____

    Telephone Number     _____

    E-mail Address (if known)     _____

Defendant No. 3

    Name                          _____

    Job or Title (if known)     _____

    Street Address           _____

    City and County        _____

    State and Zip Code     _____

    Telephone Number     _____

    E-mail Address (if known)     _____

Defendant No. 4

    Name                          _____

    Job or Title (if known)     _____

    Street Address           _____

    City and County        _____

    State and Zip Code     _____

    Telephone Number     _____

    E-mail Address (if known)     _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

they are violating my Islamic rights, my first amendment and they failed to ~~people~~ help me on a legal civil matter.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Andrew Green, is a citizen of the State of *(name)* United States.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.  If the defendant is a corporation

        The defendant, *(name)* Mark Zuckerberg is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    I paid the facebook tech greg timas 1150 trying get into my account he failed me I emailed meta i paid 331 to get my funds release they failed me to do that and I didnt gain access to my hacked accounts Its there responsibilty to make sure.

5

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On June-20-2023 I opened up to a supposed facebook tech, regarding my 4 hacked facebooks name is greg timgs on facebook he claim that I had no worries just make payments so he can unlock tools cause he gotta do digital I paid up to 1150 which I felt was to much he kept coming back asking for more to continue the process I explained I don't have nomore can you get the fee wavied I paid enough seems to me it was more about them getting my dollar then actually helping so I reached out to meta emailed them they say if I make a couple payments they would make sure they reversed the cash app payment with total of 331 they lied my refunds was not returned and I did not gain access to my accounts which is double jeperdy they put me in you can not keep nobody money on a legal matter and not help them get back in there legal hacked accounts I have messages and email to show and prove everything I have three consent letters from meta which they failed to do the right thing after I came to them about it, I have everything to back what I am saying,

IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Cyber staking and harrassment I asked Courts make sure these people write a settlement

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/6, 2023

Signature of Plaintiff: Andrew Green
Printed Name of Plaintiff: Andrew Green

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

#### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
Email Address  _____